UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELIMEILICH SANDEL,
              Plaintiff,

v.

TRANSUNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; and VERIZON WIRELESS SERVICES,
LLC,
              Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

23 CV 245 (VB)

3\23\23

        The Court has been advised that plaintiff has reached a settlement in principle in this case with defendant Verizon Wireless Services, LLC ("Verizon"). (Doc. #20). Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendant Verizon, only</u>, without costs, and without prejudice to the right to restore the action against defendant Verizon to the Court's calendar, provided the application to restore the action is made by no later than May 22, 2023. To be clear, any application to restore the action against Verizon must be filed by May 22, 2023, and any application to restore the action against Verizon filed thereafter may be denied solely on the basis that it is untimely.

        The Clerk is instructed to terminate Verizon Wireless Services, LLC, as a defendant in this case.

Dated: March 22, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge