UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELIMEILICH SANDEL,
                Plaintiff,

v.

TRANSUNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC; and
EXPERIAN INFORMATION SOLUTIONS,
INC,
                Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

23 CV 245 (VB)

      The Court has been advised that plaintiff has reached a settlement in principle in this case with defendant Experian Information Solutions, Inc. ("Experian"). (Doc. #30). Accordingly, it is hereby ORDERED that this action is dismissed <u>against defendant Experian, only</u>, without costs, and without prejudice to the right to restore the action against defendant Experian to the Court's calendar, provided the application to restore the action is made by no later than June 26, 2023. To be clear, any application to restore the action against Experian must be filed by June 26, 2023, and any application to restore the action against Experian filed thereafter may be denied solely on the basis that it is untimely.

      The Clerk is instructed to terminate Experian Information Solutions, Inc., as a defendant in this case.

Dated: April 27, 2023
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge