UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ELIMEILICH SANDEL,
                    Plaintiff,

v.

TRANSUNION, LLC; and EQUIFAX
INFORMATION SERVICES, LLC,
                    Defendants.
------------------------------------------------------------x

**ORDER OF
PARTIAL DISMISSAL**

23 CV 245 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/5/23

       The Court has been advised that plaintiff has reached a settlement in principle in this case with defendant Equifax Information Services, LLC. ("Equifax").  (Doc. #38).  Accordingly, it is hereby ORDERED that this action is dismissed against defendant Equifax, only, without costs, and without prejudice to the right to restore the action against defendant Equifax to the Court's calendar, provided the application to restore the action is made by no later than September 5, 2023.  To be clear, any application to restore the action against Equifax must be filed by September 5, 2023, and any application to restore the action against Equifax filed thereafter may be denied solely on the basis that it is untimely.

       The Clerk is instructed to terminate Equifax Information Services, LLC, as a defendant in this case.

Dated: July 5, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge